**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Ismael **GALLEGOS–CORTEZ,** also known as Ismael Gallegos Cortez, also known as Ismael Cortes Gallegos, also known as Ismae Gallegos, also known

as Mario Alberto Cuellar, also known as Ismael Gallegos, also known as Ismael Gallegos–Cortes, Defendant–Appellant.

No. 06–20245
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael L. Herman, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Ismael Gallegos–Cortez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

the judgment of the district court is AFFIRMED.